# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB et al<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC WEST MANAGEMENT, LLC et al<br><br>Defendants | Case No: 2:25cv10014-SB-MAA<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE |
|---|---|

Pursuant to the parties' stipulation, this action is dismissed with prejudice in its entirety. Each party shall bear its own attorney fees and costs.

Dated: December 22, 2025

By: _____
Stanley Blumenfeld Jr.
United States District Judge